IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 09-730 |
| | : | |
| MAURICE NICHOLS | : | |

### ORDER

AND NOW, this 23rd day of July, 2013, upon consideration of Defendant's Pro Se Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence, and the government's Opposition thereto, it is hereby ORDERED that the defendant's Motion is DENIED. The Court declines to issue defendant a certificate of appealability.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*